AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07 mj 1291

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CLIVE NELSON

I certify that I am admitted to practice in this court.

10/4/2007
Date

*(signature)*
Signature

Louis M. Freeman _____ 7567
Print Name _____ Bar Number

30 Vesey Street, Ste. 100
Address

New York ____ NY ____ 10007
City ____ State ____ Zip Code

(212) 608-0808 ____ (212) 962-9696
Phone Number ____ Fax Number