

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007

October 11, 2007

**MEMO ENDORSED**

**BY FACSIMILE**
The Honorable Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Corey Rodriguez, Clive Nelson & Harold Crew
     07 Cr. 944 (LTS)

Dear Judge Swain:

Please find attached a copy of the Indictment in the above-referenced case, which was assigned to Your Honor Tuesday, October 9, 2007. The parties respectfully request that the arraignment and pre-trial conference be scheduled for October 31, 2007. The Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until that date, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). During this period, the parties will discuss the disposition of the case and the Government will prepare discovery for the defendants.

*The arraignment and initial conference will take place on October 31, 2007 at 11:00AM. Time is excluded from speedy trial computations through that date in the interests of justice, for the above-stated reasons.*      SO ORDERED.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

/s/ LAURA TAYLOR SWAIN  10/11/07
UNITED STATES DISTRICT JUDGE

cc:  Richard Rosenberg, Esq. *(by facsimile)*
     Allan Haber, Esq. *(by facsimile)*
     Louis Freeman, Esq. *(by facsimile)*