**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
         against
_____Clive Nelson_____

(Alias) _____

_____
                    Please PRINT Clearly
```

__07 CR 944 (LTS)__
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

   1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. __10__  YR. __74__

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NY__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE __Lou Free__

PRINT THE FOLLOWING INFORMATION CLEARLY

__Louis M. Freeman__
Attorney for Defendant

__Freeman Nooter & Ginsberg__
Firm name if any

__30 Vesey Street__
Street address

__NY__ / __NY__ / __10007__
City / State / Zip

__212 / 608 0808__
Telephone No

OCT 31 2007

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186