Linklaters

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 4 2013

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (212) 903 9340
Direct Fax (212) 903 9100
nathan.carle@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

By Fax

April 3, 2013

Re:   United States v. Clive Nelson S1 07 Cr. 944 (LTS)

Dear Judge Swain,

Defendant Clive Nelson, through his undersigned counsel, Linklaters LLP, respectfully writes to request a new sentencing date. Mr. Nelson's sentencing is currently scheduled to proceed on April 18, 2013, but he has not received his updated Presentence Investigation Report ("PSR") that will supplement the PSR previously prepared in April 2009. The updated PSR is necessary in light of Mr. Nelson's December 6, 2012 superseding plea pursuant to a cooperation agreement, and the Government's Section 5K1.1 letter to the Court dated April 2, 2013. As we understand from the Probation Department that Mr. Nelson will receive his updated PSR next week, we believe that his sentencing should be adjourned for a period of approximately two weeks, until May 2013. An additional period of approximately two weeks will allow Mr. Nelson and his counsel to review the updated PSR, make any objections to it if necessary, as well as address the updated PSR in Mr. Nelson's sentencing submission. The additional time will also allow Mr. Nelson to file his submission two weeks before his sentencing date in accordance with Your Honor's Sentencing Submission Procedures of March 6, 2013.

Accordingly, Clive Nelson, with the consent of the Government, hereby requests that his sentencing date be adjourned until May 2013.

Yours sincerely,

*[signature]*

Nathan Carle
Associate

cc:  Santosh Aravind, Assistant United States Attorney (by email)

*[handwritten:]* The sentencing is adjourned to May 2, 2013, at 11:30 AM.

SO ORDERED:

*[signature]* 4/4/2013
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.