

USDC SDNY
DOCUMENT
ELECTRONICAL
APR 05 2013

ENDORSED

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Direct Line (+1) (212) 903 9340
Direct Fax (+1) (212) 903 9100
nathan.carle@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, NY 10007

By Fax                                                                              April 4, 2013

Re:   <u>United States v. Clive Nelson</u> S1 07 Cr. 944 (LTS)

Dear Judge Swain,

Defendant Clive Nelson, through his undersigned counsel, Linklaters LLP, respectfully writes to request a new sentencing date. Pursuant to our letter to the Court of April 3, 2013 requesting a short adjournment, Mr. Nelson's sentencing was re-scheduled for May 2, 2013. Unfortunately, Mr. Nelson's counsel will be traveling for a deposition on that date. Accordingly, we hereby request, with the consent of the Government, that Mr. Nelson's sentencing be rescheduled for a date during the week of May 13, 2013, preferably on one of the 13th, 16th, or 17th of May 2013.

Yours sincerely,

Nathan Carle
Associate

cc: Santosh Aravind, Assistant United States Attorney (by email)

*The sentencing is rescheduled to May 17, 2013, at 12:00pm.*

**SO ORDERED:**

4/5/2013

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

This communication is intended only for use by the addressee. If you receive this communication unintentionally, please inform us immediately. This communication is confidential and may be privileged or otherwise protected by work product immunity. Thank you.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.