## CERTIFICATE OF SERVICE

I, Nathan M. Carle, an associate with the law firm of Linklaters LLP, hereby certify and declare that on this day of May 6, 2013, a true and correct copy of the foregoing Sentencing Memorandum on Behalf of Clive Nelson was served upon all counsel of record in United States v. Clive Nelson, 07 Cr. 944 (LTS), via the Court's Electronic Case Filing System.

/s/ Nathan M. Carle
Nathan M. Carle