```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA
                                     :
         -v.-                          ORDER OF
                                     : FORFEITURE
CLIVE NELSON,
                                     : S1 07 Cr. 944 (LTS)
              Defendant.
                                     :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 17 2013

WHEREAS, on or about December 6, 2012, CLIVE NELSON (the "defendant"), pleaded guilty to a one-count Information, S1 07 Cr. 944 (LTS) (the "Information"), with conspiracy to distribute five kilograms and more of cocaine and 1000 kilograms and more of marijuana;

WHEREAS, the Information included a forfeiture allegation, seeking, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense alleged in Count One of the Information, representing the amount of proceeds obtained as a result of the offense alleged in Count One;

WHEREAS, on May 17, 2013, the defendant was sentenced and ordered to forfeit $120,000 in United States currency, representing the amount of proceeds obtained as a result of the offense charged in Count One of the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money

judgment in the amount of $120,000 in United States currency shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant, CLIVE NELSON, upon entry of this order, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Asset Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St.

Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

      6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 (e) of the Federal Rule of Criminal Procedure.

      7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
      May 17, 2013

                                      SO ORDERED:

                                      HONORABLE LAURA TAYLOR SWAIN
                                      UNITED STATES DISTRICT JUDGE